IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 11-520 (JBS) |
| THOMAS REEVES | |
| TODD REEVES | ORDER |
| RENEE REEVES | |
| SHELLROCK, LLC | |
| KENNETH W. BAILEY | |
| MARK BRYAN | |
| PAMELA MELONEY | |
| HARBOR HOUSE, INC., | |
| Defendants. | |

This matter having come before the Court upon the government's motion to disqualify defense counsel [Docket Item 68]; the Court having considered the submissions of the parties and conducted oral argument; for the reasons explained in the Opinion of today's date and on the record at oral argument; and for good cause shown;

IT IS this __2nd__ day of **December, 2011** hereby

ORDERED that the government's motion is granted in part and denied in part; and it is further

ORDERED that Mr. William F. Reilly is disqualified as counsel for Renee Reeves; and Renee Reeves shall either retain new counsel or request this Court's appointment of counsel under

the Criminal Justice Act within fourteen (14) days of the entry of this Order; and it is further

ORDERED that Mr. Edwin Jacobs, Jr. is not disqualified and may remain as counsel for Todd Reeves and as co-counsel for Shellrock, LLC.

                                         **s/ Jerome B. Simandle**
                                         JEROME B. SIMANDLE
                                         United States District Judge