UNITED STATES DISTRICT COUR
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

           v.             :          Crim No.: 1:11Cr. No. -000520-006 (JBS)

MARK BRYAN         :          **ORDER**

This matter having come before the Court on the motion of defendant Mark Bryan (Stacy Ann Biancamano, Esq., appearing) for an order granting early termination of his supervised release pursuant to Title 18, United States Code, Section 3583(e)(1); and the United States of America (Patrick Duggan, Assistant U.S. Attorney, appearing) having not opposed this motion; and United States Probation Office (by Adelle Awkward, United States Probation Officer for the District of Maryland) not opposing the motion, and the Court having (1) read the submissions of the parties, (2) reviewed the record in this matter and (3) applied the law, including assessing the applicable factors under Title 18, United States Code, Section 3553(a); and for good cause shown,

It is, on this __18th__ day of __December__, 2018,

**ORDERED** that defendant Mark Bryan's motion be granted and his supervised release terminated.

 

                                    HONORABLE JEROME B. SIMANDLE
                                    UNITED STATES DISTRICT JUDGE